UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

V. : Crim. No. 06-798(KSH)

DAVED THOMSON : **PRE-TRIAL ORDER**

A Pre-trial status conference in the above matter was held on March 4, 2009 (Maria Del Gaizo Noto, Esq. representing defendant Daved Thomson and Ronald D. Wigler, Assistant U.S. Attorney representing the United States), and the Court hereby makes the following revised pre-trial schedule:

| | |
|---|---|
| Absolute Plea Cutoff date: | April 1, 2009 |
| Pretrial motions filed by: | April 1, 2009 |
| Opposition due: | April 6, 2009 |
| Motions hearing date: | April 8, 2009   10:00 am |
| Trial date (FIRM): | April 21, 2009   9:00 am |

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge