UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 06-798 |
| DAVED THOMSON | : | O R D E R |

This matter having come before the Court on the motion of the United States of America by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Ronald D. Wigler and Ronnell L. Wilson, Assistant U.S. Attorneys, appearing) requesting the Court to preclude the defendant from introducing certain prior convictions of co-conspirators Michael Bakhtiar, Matthew Thomson and Virginia Lopez at trial in the above matter; and the Court having considered the parties' submissions, and having held a hearing on April 15, 2009; and for good cause shown,

IT IS on this 21st day of April, 2009,

IT IS ORDERED that the government's motion to preclude the defendant from introducing co-conspirator Michael Bakhtiar's prior felony convictions is DENIED, and the defendant may utilize those prior felony convictions to cross-examine co-conspirator Michael Bahktiar at trial in the above matter;

IT IS FURTHER ORDERED that the government's motion to preclude the defendant from introducing co-conspirator Virginia Lopez's prior felony convictions is DENIED, and the defendant may

utilize those prior felony convictions to cross-examine co-conspirator Virginia Lopez at trial in the above matter;

IT IS FURTHER ORDERED that the government's motion to preclude the defendant from introducing co-conspirator Matthew Thomson's prior felony convictions is hereby WITHDRAWN, and the defendant may utilize those prior felony convictions to cross-examine co-conspirator Matthew Thomson at trial in the above matter.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge