Maria DelGaizo Noto, Esq.
LAW OFFICE OF MARIA D. NOTO, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
(732) 441-9546
Attorney for Defendant, Daved Thomson

| | |
|---|---|
| United States of America : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| : | |
| : | CRIMINAL NO. 06-798 |
| vs. : | |
| : | CRIMINAL ACTION |
| : | |
| DAVED THOMSON : | **ORDER** |
| : | |

This matter having been opened to the Court by Maria DelGaizo Noto, Esq. of The Law Office of MARIA DELGAIZO NOTO, P.C., attorney for Defendant DAVED THOMSON, seeking an Order for the telephone records from Verizon Legal Compliance Section for telephone number 562-218-9600, subscriber DAVED THOMSON, from 12/01/05 to 1/20/06 and for good cause shown:

IT IS THEREFORE ORDERED,

THAT ON THIS _23rd_ day of _April_, 2009, that all telephone records from Verizon Legal Compliance Section for telephone number 562-218-9600, subscriber DAVED THOMSON from 12/01/05 to 1/20/06 be forwarded via fax to the LAW OFFICE OF MARIA D. NOTO, P.C., Attention Maria D. Noto, Esq. to fax number 732-441-9547.

IT IS FURTHER ORDERED that said records shall be supplied ~~within ____ days of this Order.~~ _forthwith._

_____
Katharine S. Hayden., U.S.D.J.