# Law Office of Maria D. Noto, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
(732) 441-9546          (732) 441-9547 Fax

*Maria DelGaizo Noto**
*certified by the Supreme Court of New Jersey
as a Criminal Trial Attorney

April 30, 2009

Honorable Katherine Hayden, U.S.D.J.
U.S. District Court- Newark
Frank R. Lautenberg U.S. P.O. & Courthouse, Room 311
P.O. Box 999
Newark, New Jersey 07101

Re:  U.S.A. v. Daved Thomson
     06-798

Dear Judge Hayden:

    This letter is to request an increase in the amount of investigative services previously requested.  I am respectfully requesting that the Court approve an additional amount for investigative services in the amount of $2,000.00, in that the extent of the investigative services required to effectively represent my client in this matter.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

/S/ Maria D. Noto

MARIA D. NOTO, ESQ.

MDN:ks

*[Handwritten note:]* Trial is concluded. Request denied pending receipt of specific information regarding the services rendered. KSHayden 5/1/09