UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Criminal No. 06-798(KSH)

       -vs-                    :

Daved Thomson                  :       ORDER OF RELEASE

It is on this 8th day of May, 2009, ORDERED

That bail be fixed at $ 500,000  and the defendant be released upon:

    a. Executing an unsecured appearance bond.
    b. Executing an appearance bond and depositing in cash in the registry of the Court ____% of the bail fixed.
X   c. Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof. Bond secured by available equity in 95 Liberty Place, West Keansburg, New Jersey and 66 North Beach Street, Reeds Beach, Cape May Court House, New Jersey. Defendant's father Matthew Thomson to serve as third party custodian. Defendant's father Matthew Thomson, aunt Barbara E. Johnson and uncle Ralph E. Johnson to cosign the bond.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. That the defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with or retaliate against any witness, victim or informant in this case.
2. That the defendant be released in the custody of_____ _____ for supervision during the period of release.
3. That the defendant be restricted in travel to
   New Jersey(X)   New York( )   Pennsylvania( )   Other(X)

   Specify Other As approved by Pretrial Services

4. Additional Conditions:
   Surrender Passport (X)
   Report to Pretrial Services (X)
   Daily( )  Weekly( )  In Person ( )  By Telephone ( )

5. Home incarceration with electronic monitoring. Defendant will be allowed out for court appearances, attorney visits, medical emergencies, or as approved by Pretrial Services.

6. Substance abuse testing and treatment as directed by Pretrial Services.

7. Mental Health treatment as directed by Pretrial

Services.

8. Reside as approved by Pretrial Services and do not relocate without proper permission from Pretrial Services.

9. Not to use and/or possess illegal drugs.

It is further ORDERED that the defendant be furnished with a copy of this order and a Notice of the Penalties applicable to violation of conditions of release.

_____
Katharine S. Hayden, U.S.D.J.


I hereby certify that the defendant was furnished with a copy of this order and Notice of Penalties as indicated above.

_____
Deputy Clerk


## NOTICE OF PENALTIES APPLICABLE TO THE VIOLATION OF CONDITIONS OF RELEASE


Title 18, United States Code, Section 3146 (c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he/she shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while the awaiting sentence or pending appeal, he/she shall be fined not more that $5,000. or imprisoned not more than five years, or both.