## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America         :         Criminal No. 06-798 (KSH)

                                 :

        vs.

                                 :         ORDER OF DETENTION

Daved Thomson

        Defendant(s)             :

This matter having come before the Court on an application for a bail review hearing, and the Court having considered the matter and having heard argument and rendered its decision on the record; and for good cause shown

It is on this 15th day May, 2009

ORDERED that defendant's bail is hereby REVOKED. It is further,

ORDERED and Daved Thomson is hereby remanded to the custody of the United States Marshals Service to be housed at Monmouth County Jail pending sentencing. Bail previously set is hereby released.

SO ORDERED

_____
KATHARINE S. HAYDEN, U.S.D.J.

Date: 5/14/09