Maria D. Noto, Esq.
LAW OFFICE OF MARIA D. NOTO, P.C.
746 Highway 34, Suite 8
Matawan, New Jersey 07747
Attorney for Defendant
(732) 441-9546

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVED THOMSON | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CRIMINAL ACTION<br><br>Indictment No. 06-798<br><br>**ORDER** |

This matter having come before the Court by application of Maria DelGaizo Noto, Esq., counsel for defendant Daved Thomson,

IT IS on this 14 day of May 2009,

ORDERED that Maria Noto, having been appointed to represent Daved Thomson, pursuant to the Criminal Justice Act, and Trial is this matter having been concluded, is hereby permitted to submit a Final Bill at this time and to submit a Supplemental Bill after the Sentencing of Daved Thomson.

_____
Honorable Katherine Hayden, U.S.D.J.

Dated: May 4, 2009