PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Daved Thomson                                             Cr.: 06-798-02
                                                                            PACTS #: 52705

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: September 16, 2009

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute 50 grams or more of D-Methamphetamine Hydrochloride

Original Sentence: One year and one day imprisonment followed by five years supervised release. $100 special assessment imposed. Special conditions: 1) Drug testing & treatment; 2) Full financial disclosure; 3) No new debt or additional lines of credit; 4) Mental health evaluation and treatment; and, 5) DNA collection

Type of Supervision: Term of Supervised Release              Date Supervision Commenced: 03/25/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | On June 24, 2010, Thomson submitted a urine specimen which was confirmed positive by the National Testing Lab for the presence of amphetamine and methamphetamine (specimen # B01509207).

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. The offender is supervised in the Central District of California where the probation office has referred Thomson to a residential drug treatment program. The probation office in the Central District of California will continue to closely monitor his progress and report any further noncompliance.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 08/02/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/22/10
Date